**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WEBSTER AVENUE CVS, INC.
d/b/a CVS PHARMACY

Plaintiff

v.

COMMERCIAL ELECTRICAL
CONTRACTORS, INC.

Defendant

CIVIL ACTION NO. 1:06-cv-00377
(Judge William E. Smith)

JURY TRIAL DEMANDED

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Webster Avenue CVS, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held and include the following:

CVS Pharmacy, Inc.
Cranston Reservoir CVS, Inc.

Date: August 30, 2006

/s/ Marco P. Uriati .
Marco P. Uriati (R.I. Bar ID #5561)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, RI 02903
401-521-7000
401-521-1328 – fax
Attorneys for Plaintiff