# United States District Court

DISTRICT OF Rhode Island

WEBSTER AVENUE CVS, INC.
d/b/a CVS Pharmacy
V.

COMMERCIAL ELECTRICAL CONTRACTORS, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 06 377S

TO: (Name and Address of Defendant) Commercial Electrical Contractors, Inc.
975 Millbury Street
Worcester, MA 01607

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Marco P. Uriati
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset St.
Providence, RI 02903
(401) 521-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE August 24, 2006

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/19/06
*Date*

/s/ Marco P. Uriati
*Signature of Server*

Roberts, Carroll, Feldstein & Peirce
Ten Weybosset St., Providence, RI 02903
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

BOSTON MA 021

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

SEP 14 2006

ROBERTS CARROLL FELDSTEIN & PEIRCE
10 WEYBOSSET STREET
PROVIDENCE RI 02903-2808

MPU/4156-3

2. Article Number

7160 3901 9842 9474 4431

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

CT Corporation System
101 Federal Street
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

x Michael Cloherty

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 13 2003

USPS

MPU/4156-3

PS Form 3811, January 2005

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

CENTRAL MA 015

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

SEP 14 2006

ROBERTS CARROLL FELDSTEIN & PEIRCE
10 WEYBOSSET STREET
PROVIDENCE RI 02903-2808

MPU/4156-3

2. Article Number

7160 3901 9842 9474 4448

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Commercial Electrical Contractors,
Inc.
975 Millbury Street
Worcester, MA 01607

MPU/4156-3

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 9/13

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005

Domestic Return Receipt