*MPD:fm 05-267*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WEBSTER AVENUE CVS, INC.
d/b/a CVS PHARMACY
131 Webster Avenue
Providence, RI 02909

VS C.A. NO. 06-377S

COMMERCIAL ELECTRICAL
CONTRACTORS, INC.
975 Millbury Street
Worcester, MA 01607

**DEFENDANT COMMERCIAL ELECTRICAL CONTRACTOR'S, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

First Defense

Defendant upon information and belief, admits the allegations of paragraph 1 and admits the allegations of paragraph 2.

Jurisdiction and Venue

Defendant neither admits nor denies the allegations of paragraphs 3 and 4 but leaves plaintiff to its proof thereof.

General Allegations

Defendant repeats and realleges its answers contained in paragraphs 1 through 4 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 5; upon information and belief, admits the allegations of paragraph 6; denies the allegations of paragraphs 7, 8, and 10; and is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 9 of plaintiff's complaint, and therefore leaves plaintiff to its proof.

Count I

Defendant repeats and realleges its answers contained in paragraphs 1 through 10 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 11 of Count I and denies the allegations of paragraphs 12 and 13 of plaintiff's complaint.

Count II

Defendant repeats and realleges its answers contained in paragraphs 1 through 13 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 14 of Count II and denies the allegations of paragraphs 15, 16, and 17.

Count III

Defendant repeats and realleges its answers contained in paragraphs 1 through 17 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 18 of Count III and denies the allegations of paragraphs 19, 20, and 21.

Second Defense

If plaintiff sustained injuries and damages as alleged which is denied, it assumed the risk of injury.

Third Defense

If plaintiff sustained injuries and damages as alleged which is denied, the same was due to its want of due care under the circumstances.

Fourth Defense

Defendant pleads the defenses of immunities and protections of the bankruptcy laws of the United States.

Fifth Defense

Upon information and belief, this is a subrogation action which must be brought in the name of the subrogated insurer, the real party in interest.

Sixth Defense

Defendant pleads the defense of lack of jurisdiction.

Seventh Defense

This defendant received no notice of breach of warranty.

WHEREFORE, defendant demands that plaintiff's action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

/s/ Mark P. Dolan______________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
*Commercial Electrical Contractors, Inc.*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax
E-mail: ricedolan@ricedolan.com

CERTIFICATION

To: Marco P. Uriati, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

DATED: September 22, 2006 /s/ Mark P. Dolan____________