**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

## NOTICE OF SETTLEMENT CONFERENCE

Webster Avenue CVS, Inc.

v. CA06-377S

Commercial Electrical Contractors, Inc.

Pursuant to this Court's Alternative Dispute Resolution Program, the above- captioned matter will have a settlement conference with U.S. Magistrate Judge Robert W. Lovegreen in Room 519, United States Courthouse, on **June 5, 2007 at 2:00 P.M.**

**TRIAL COUNSEL MUST ATTEND WITH HIS/HER PARTY** or a representative (e.g. insurance company representative) with **FULL** financial and other authority to conduct good faith negotiations (i.e., without the necessity to contact an absent person for settlement approval).

Attendance of trial counsel alone without his/her party or suitable representative and without court approval will be deemed non-compliance and may result in sanctions. Barring an emergency, court approval to attend without a party or representative must be sought within ten (10) days of this notice.

**NOTE: NO MEMORANDA REQUIRED**

**IF CASE IS SETTLED PRIOR TO CONFERENCE, NOTIFY THE UNDERSIGNED.**

Robert W. Lovegreen
U.S. Magistrate Judge

Rhonda Price
Deputy Clerk
752-7224

**Dated:** February 5, 2007