**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------

WEBSTER AVENUE CVS, INC. :
d/b/a CVS Pharmacy : CIVIL ACTION NO. 1:06-cv-00377-S-DLM
:
Plaintiff :
v. :
:
COMMERCIAL ELECTRICAL :
CONTRACTORS, INC. :
:
Defendant :

---------------------------------------------

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above-captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional ninety (90) days to complete fact discovery, expert disclosures and depositions, and corresponding extensions for dispositive motions and pre-trial memoranda.

/s/ John Moretta
John Moretta, Esq.
Roberts Carroll Feldstein & Peirce
Attorneys for Plaintiff
10 Weybosset Street
Providence, RI 02903
(401) 521-7000

/s/ Vincent McGuinness
Vincent R. McGuinness, Esq.
Cozen O'Connor
Attorneys for Plaintiffs
1900 Market Street
Philadelphia, PA 19103-3508
(800) 523-2900

/s/ Mark Dolan
Mark P. Dolan, Esq.
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: March 5, 2007