**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WEBSTER AVENUE CVS, INC. d/b/a CVS Pharmacy<br><br>Plaintiff<br>v.<br><br>COMMERCIAL ELECTRICAL CONTRACTORS, INC.<br><br>Defendant | : | CIVIL ACTION NO. 1:06-cv-00377-S-DLM |

**MEMORANDUM IN SUPPORT OF JOINT MOTION**
**FOR EXTENSION OF DISCOVERY DATES**

The parties have now jointly moved for an extension of various dates set forth in the Court's Pre-Trial Order.

The Court has previously ordered that fact discovery be closed by August 31, 2007; plaintiff's expert discovery disclosures be completed by February 28, 2007; defendant's expert discovery disclosures be completed by March 31, 2007; and expert depositions and discovery be completed by May 31, 2007, with dispositive motions filed by September 30, 2007. Pre-Trial Memoranda are presently due on or before October 15, 2007.

The parties have made best efforts to complete discovery. However, given the schedules and trial commitments of counsel, counsel does not anticipate being able to comply with the deadlines in the Court's Pre-Trial Order dated November 29, 2006. Thus, the parties are requesting an additional ninety (90) day extension, through and including **November 30, 2007** within which to complete fact discovery; **May 28, 2007** for the plaintiff's expert disclosures as required by Fed. R. Civ. P. 26(a)(2); **June 28, 2007** for the defendants' expert disclosures as required by Fed. R. Civ. P. 26(a)(2). The parties also are requesting through and including **August 30, 2007** to complete expert depositions and **December 30, 2007** to file dispositive

motions. Counsel shall file Pre-Trial Memoranda with the clerk by 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, **January 30, 2008.**

For all of these reasons, the parties jointly would request the extensions of the Pre-Trial Order as outlined above.

/s/ John Moretta________________________
John Moretta, Esq.
Roberts Carroll Feldstein & Peirce
Attorneys for Plaintiff
10 Weybosset Street
Providence, RI 02903
(401) 521-7000

/s/ Vincent McGuinness_______________
Vincent R. McGuinness, Esq.
Cozen O'Connor
Attorneys for Plaintiffs
1900 Market Street
Philadelphia, PA 19103-3508
(800) 523-2900

/s/ Mark Dolan__________________________
Mark P. Dolan, Esq.
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: March 5, 2007