MPU/pcs – 3146226
4156-3 (2/14/07)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WEBSTER AVENUE CVS, INC.
d/b/a CVS Pharmacy
131 Webster Avenue

C.A. NO: 06-0377 S-DLM

Plaintiff

v.

COMMERCIAL ELECTRICAL
CONTRACTORS, INC.
975 Millbury Street
Worcester, Massachusetts 01607

Defendant

## WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance on behalf of the Plaintiff, WEBSTER AVENUE CVS, INC., d/b/a CVS Pharmacy.

/s/ Marco P. Uriati

Marco P. Uriati, Esq. #5561
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiff, WEBSTER AVENUE CVS, INC., d/b/a CVS Pharmacy.

/s/ Richard M. Peirce
/s/ John B. Moretta

Richard M. Peirce #0564
John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (fax) 521-1328

Date: March 14, 2007

**Certificate of Service**

I, Richard M. Peirce, hereby certify that on March 14, 2007, I served the foregoing withdrawal of appearance/entry of appearance by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Mark Dolan, Esquire
Rice, Dolan & Kershaw
The Union Trust Building, Suite 900
170 Westminster Street
Providence, RI 02903

Vincent R. McGuiness, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

/s/ Richard M. Peirce

Richard M. Peirce