**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WEBSTER AVENUE CVS, INC.<br>d/b/a CVS Pharmacy<br><br>Plaintiff<br>v.<br><br>COMMERCIAL ELECTRICAL<br>CONTRACTORS, INC.<br><br>Defendant | : | CIVIL ACTION NO. 1:06-cv-00377-S-DLM |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PREVIOUSLY FILED JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

Plaintiff, Webster Avenue CVS, Inc. d/b/a CVS Pharmacy hereby files this Supplemental Memorandum in support of the parties' previously filed Joint Motion for Extension of Discovery Dates. As is discussed below, and after reflecting upon the parties' initial request for extension of discovery dates which requested an extension of *all dates* in the Pre-Trial Order, the Plaintiff has determined that the only dates in need of modification are those pertaining to expert disclosure and depositions. The modifications of these dates will not, however, prolong the duration of the Pre-Trial Order as the modified dates still fall within the parameters of the Order without causing a delay in this matter being ready for trial.

As the Court is aware, in February 2007, the parties filed a Joint Motion for Extension of Discovery Dates as set forth in the Court's Pre-Trial Order entered on November 29, 2006. On March 12, 2007, this Honorable Court requested further information from the parties in support of the Joint Motion. Pursuant to this Court's request, the Plaintiff now files this Supplemental Memorandum in support of the Joint Motion for Extension of Discovery Dates.

As was noted in the parties' previous memorandum, the Pre-Trial Order presently in place provides as follows:

1.) Fact discovery shall be closed by August 31, 2007;
2.) Plaintiff's expert discovery disclosures shall be completed by February 28, 2007;
3.) Defendant's expert discovery disclosures shall be completed by March 31, 2007;
4.) Expert depositions and discovery shall be completed by May 31, 2007;
5.) All dispositive motions are to be filed by September 30, 2007; and
6.) Pre-Trial Memoranda are due on or before October 15, 2007.

At this point in the discovery process, Plaintiff has filed and served its answers to interrogatories and Defendant has provided a voluminous response to Plaintiff's first request for production of documents, inclusive of approximately 1,800 to 2,000 pages of documents. Plaintiff has worked diligently to review all documents and is continuing to do so as discovery proceeds. One deposition has been noticed at this point based on the discovery conducted to date.

In addition to attending to discovery matters in this case, counsel for the Plaintiff has also been involved in litigating ten (10) other cases in various jurisdictions over the past several months (Centennial Ins. Co., et al. v. Hing Fa, Inc. et al. - Supreme Court of New York, New York County, Westend Properties v. Fourth Wall Events, et al. - Southern District of New York, CVS v. Metro Properties – Superior Court of Rhode Island, Providence County, Commonwealth of PA v. Houck Services, et al. – Dauphin County, Pennsylvania, Commonwealth of PA v. Sponaugle, Dauphin County, CVS v. Forever Evergreen, et al. – Southern District of New York, Encompass Ins. Co. v. LIPA, Eastern District of New York), CVS v. York International, District Court of Massachusetts, Clark v. T.D. Snow, et al. – Bucks County, Pennsylvania). The previously listed matters involved the following:

Hing Fa litigation: December Mediation in New York

Westend litigation: November depositions in Milwaukee, WI, December Mediation in New York, January 15, 2007 Trial Ready date.

Metro Properties litigation: December Mediation, second Mediation in March

Houck Services litigation: December Depositions in Camp Hill, PA

Sponaugle litigation: January Depositions in Harrisburg, PA

Peerless litigation: December Preliminary Conference in Nassau County, January Deposition in New York

Forever Evergreen litigation: January Depositions scheduled in Los Angeles, CA, Montreal, Quebec, Discovery Deadline, February Mediation

LIPA litigation: February Pretrial Conference in Eastern District of New York

York litigation: March Status Conference in Boston, Massachusetts

TD Snow litigation: January motion Hearing and conference in Pennsylvania

Due to these commitments, the Plaintiff now requests that the Court grant extensions of time as follows so as to allow the parties adequate time to complete discovery:

1) Plaintiff shall make its expert disclosures by May 31, 2007;
2) Defendant shall make its expert disclosures by June 29, 2007; and
3) Expert depositions and discovery shall be completed by July 31, 2007.

The extensions requested above do not modify the Pre-Trial Order in any way other than to allow for extensions of time with regard to fact discovery before the expert disclosures, expert disclosures and expert depositions. The modification of these dates will not prolong the date set for closure of fact discovery (August 31, 2007), the deadline for filing of dispositive motions (September 30, 2007), or the filing deadline for all pre-trial memoranda (October 15, 2007). Rather, and unlike the parties requested in their initial memorandum, all dates unrelated to expert

disclosure and depositions will remain in place and cause no delay in the matter being ready for trial.

As the modified dates proposed above will only serve to modify the deadlines applicable to expert witnesses and disclosures within the parameters of the Court's Pre-Trial Order without extending the closing date for the Order, the Plaintiff requests that the Court grant the previously filed request for extensions of time as outlined above.

/s/ Richard M. Peirce

Richard M. Peirce, Esq. #0564
John B. Moretta, Esq. #6984
Roberts Carroll Feldstein & Peirce
Attorneys for Plaintiff
10 Weybosset Street
Providence, RI 02903
(401) 521-7000 Email: rpeirce@rcfp.com

/s/ Vincent R. McGuinness

Vincent R. McGuinness, Esq.
Cozen O'Connor
Attorneys for Plaintiffs
1900 Market Street
Philadelphia, PA 19103-3508
(800) 523-2900
Email: vmcguinness@cozen.com

Dated: March 20, 2007

**Certificate of Service**

I, Richard M. Peirce, hereby certify that on March 20, 2007, I served the foregoing supplemental memorandum in support of previously filed joint motion for extension of discovery dates by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Mark P. Dolan, Esquire
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

/s/ Richard M. Peirce

Richard M. Peirce