*MPD:rad 05-267*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WEBSTER AVENUE CVS, INC., d/b/a CVS PHARMACY, Plaintiff, | : | |
| VS. | : | **C.A. No: 06-377S** |
| COMMERCIAL ELECTRICAL CONTRACTORS, INC. Defendant. | : | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above-captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional time to disclose experts, complete expert depositions and discovery, and corresponding extensions for dispositive motions and pre-trial memoranda.

"/s/"
Richard M. Peirce, Esq., (#0564)
John B. Moretta, Esq. (#6984)
ROBERTS CARROLL FELDSTEIN & PEIRCE
*(Attorneys for the Plaintiff)*
Ten Weybosset Street, 8th Floor
Providence, RI 02903-2808
*Phone No: (401) 521-7000*
*Fax No: (401)521-1328*
E-Mail: rpeirce@rcfp.com & jmoretta@rcfp.com

"/s/"
Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Attorneys for the Defendant)*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*
E-Mail: ricedolan@ricedolan.com

"/s/"
Erick J. Kirker, Esq., *Of Counsel*
Vincent R. McGuinness, Esq.
COZEN O'CONNOR
*(Attorneys for the Plaintiff)*
1900 Market Street
Philadelphia, PA 19103-3508
*Phone No: (800) 523-2900*
E-Mail: ekirker@cozen.com

Dated: July 9, 2007

*MPD:rad 05-267*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WEBSTER AVENUE CVS, INC., d/b/a CVS PHARMACY<br>Plaintiff, | : | |
| VS. | : | **C.A. No: 06-377S** |
| COMMERCIAL ELECTRICAL CONTRACTORS, INC.<br>Defendant. | : | |

**MEMORANDA IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties have now jointly moved for an extension of various dates set forth in the Court's Pre-Trial Order.

The Court has previously ordered that plaintiff's expert discovery disclosures be completed by May 31, 2007, that defendants' expert discovery disclosures be completed by June 29, 2007, that expert depositions July 31, 2007, that discovery be completed by August 31, 2007, with dispositive motions completed by that same date. Pre-Trial Memoranda are presently due on or before October 6, 2007.

The parties have worked diligently to complete discovery necessitated by this case. However, the case is complicated from a discovery perspective. The plaintiff has disclosed five experts to date, from five separate disciplines. The defendant anticipates using three to five experts as well. Additional discovery needs to be completed as a predicate to defendant's expert disclosures.

The case involves a fire at a CVS, with a claim in excess $1.2 million dollars of resulting damages. The defendant believes that critical issues remain regarding plaintiff's claims that the defendant's electrician should have been able to prevent the fire when responding to a complaint on the date of the incident. The defendant's electrician testified at deposition that he found no problem. Plaintiff's expert has opined that the defendant breached the standard of care during his inspection which allowed the fire to occur.

The defendant believes that critical issue remains as to what conditions existed in the store immediately prior to the fire with respect to fire detection/alarm systems. Additional fact discovery needs to be conducted which in turn will control expert retention and/or disclosures.

There were approximately 25 employees working on the date of incident. The defendant believes that the recollection of the store employees of conditions existing that day at the CVS store are critical. The identity of many of the store employees were only recently disclosed to the defendant, some of which are no longer employed by the plaintiff, and the defendant intends to depose many of them before expert disclosures can be completed.

In light of the above, the parties are jointly requesting additional extensions: through and including **July 20, 2007** for the plaintiff's expert discovery to be disclosed, and thereafter through and including **August 20, 2007** within which the defendant's expert discovery is to be disclosed. Plaintiff's rebuttal expert disclosures shall be made on or by **September 7, 2007.** The parties also are requesting through and including **October 31, 2007** to complete expert depositions, discovery, and to file dispositive motions. The parties would also respectfully request thirty (30) days time following the Court's ruling on dispositive motions within which to file Pre-Trial Memoranda on by **November 30, 2007.**

For all of these reasons, the parties jointly would request the extensions of the Pre-Trial Order as outlined above.

"/s/"
Richard M. Peirce, Esq., (#0564)
John B. Moretta, Esq. (#6984)
ROBERTS CARROLL FELDSTEIN & PEIRCE
*(Attorneys for the Plaintiff)*
Ten Weybosset Street, 8th Floor
Providence, RI 02903-2808
*Phone No: (401) 521-7000*
*Fax No: (401)521-1328*
E-Mail: rpeirce@rcfp.com & jmoretta@rcfp.com

"/s/"
Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Attorneys for the Defendant)*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*
E-Mail: ricedolan@ricedolan.com

"/s/"
Erick J. Kirker, Esq., *Of Counsel*
Vincent R. McGuinness, Esq.
COZEN O'CONNOR
*(Attorneys for the Plaintiff)*
1900 Market Street
Philadelphia, PA 19103-3508
*Phone No: (800) 523-2900*
E-Mail: ekirker@cozen.com

Dated: July 9, 2007