MPD:lab 05-267

UNITED STATES DISCTIRCT COURT
FOR THE DISTRICT OF RHOD3E ISLAND

| | | |
|---|---|---|
| WEBSTER AVENUE CVS, INC. d/b/a CVS PHARMACY Plaintiff | : | |
| Vs. | : | C.A. No. 06-CV-00337-S |
| COMMERCIAL ELECTRICAL CONTRACTORS, INC. Defendant | : | |

STIPULATION

In the above entitled cause, it is agreed that the following entry be made:

Plaintiff's action against the defendant is hereby dismissed with prejudice, no interest, no costs.

John B. Moretta, Esq., Reg.# 6984
Roberts Carroll Feldstein & Peirce
Attorneys for Plaintiff
Ten Weybosset Street
Providence, RI 02903
401-521-7000

Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
401-272-8800

Dated: January 15, 2008